**FILED**
October 13, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. MAG. 05-0304-PAN
         Plaintiff,              )
v.                               )    ORDER FOR RELEASE OF
                                 )    PERSON IN CUSTODY
AARON BEYER,                     )
                                 )
         Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON BEYER , Case No.  MAG. 05-0304-PAN  , Charge MANUFACTURE 100 OR MORE MARIJUANA PLANTS___ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Bail Posted in the Sum of $_____

    _X_    Unsecured Appearance Bond ($50,000)

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (To be secured by real property as stated on the record)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 13, 2005  at  9:08 am .

By  /s/ Peter A. Nowinski

Peter A. Nowinski

United States Magistrate Judge