UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                       Mag. 05-0304-PAN

    v.

AARON BEYER,

        Defendant.                     ORDER

—oOo—

    Aaron Beyer has requested an order appointing counsel to represent him pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which provides for such an order when the applicant is "financially unable to obtain adequate representation."  The financial affidavit dated October 13, 2005, submitted in support of Beyer's request, discloses that he may have the ability to pay all or part of his attorney fees.  Accordingly, (1) Beyer shall remain liable to reimburse the federal defender program for

1  all or part of the value of appointed counsel's services pursuant
2  to the further order of court upon final disposition of this
3  matter; (2) without prior approval of the court, Beyer shall not
4  transfer or further encumber any of his property; and (3) without
5  prior approval of the court, Beyer shall incur no new debt.
6      It is so ordered.
7      Dated:  October 27, 2005.

             /s/ Peter A. Nowinski
             PETER A. NOWINSKI
             Magistrate Judge